The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>PAUL JOSEPH WELCH,<br><br>          Defendant. | NO. CR25-060-JNW<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Paul Joseph Welch's interest in the following:

- A sum of money (also known as a forfeiture money judgment) in the amount of $950,000, representing the proceeds Defendant Welch personally obtained from his commission of *Wire Fraud*, in violation of 18 U.S.C. § 1343.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate for the following reasons:

1.     The proceeds of *Wire Fraud*, in violation of 18 U.S.C. § 1343, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.      In his Plea Agreement, Defendant agreed to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), the proceeds he obtained from his commission of Wire Fraud, to which he pled guilty, including a forfeiture money judgment in the amount of $950,000, representing the proceeds Defendant personally obtained from his wire-fraud scheme (Dkt. No. 13, ¶ 14); and,

3.      The judgment for a sum of money is personal to Defendant Welch; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.


NOW, THEREFORE, THE COURT ORDERS:

1.      Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), Defendant Welch's interest in a sum of money in the amount of $950,000 is fully and finally forfeited, in its entirety, to the United States;

2.      Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant Welch at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3.      No right, title, or interest in the identified sum of money exists in any party other than the United States;

4.      Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $950,000; and,

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    5.    The Court will retain jurisdiction in this case for the purpose of enforcing

2  this Order, as necessary.

3

4    IT IS SO ORDERED.

5

6    DATED this 25th day of November, 2025

7

8

9

10    Jamal N. Whitehead
    United States District Judge
11

12

13

14

15  Presented by:

16

   _s/ Jehiel I. Baer_
17  JEHIEL I. BAER
   Assistant United States Attorney
18  United States Attorney's Office
19  700 Stewart Street, Suite 5220
   Seattle, WA  98101
20  Phone: (206) 553-2242
21  Fax: (206) 553-6934
   Jehiel.Baer@usdoj.gov
22

23

24

25

26

27

Order of Forfeiture - 3
*United States v. Welch,* CR25-060-JNW