UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL WELCH,<br><br>        Defendant. | CASE NO. 2:25-cr-60-JNW<br><br>ORDER ON DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE |

On April 3, 2026, Defendant Paul Welch moved to extend his self-surrender date from May 5, 2026, to October 5, 2026. Dkt. No. 33. On April 24, 2026, the Government responded, opposing any extension. Dkt. No. 34.

Welch plead guilty to one count of wire fraud on May 2, 2025. Dkt. No. 13. Upon his request, the Court extended Welch's sentencing hearing from August 21, 2025, to February 5, 2026. Dkt. No. 19. The Court allowed Welch to self-surrender no earlier than 90 days after sentencing. Dkt. No. 31 at 2. Probation directed Welch to self-report by May 5, 2026.

The Court denies Welch's motion to further delay this matter. Given his motion has been pending for the last month, the Court GRANTS Welch an

ORDER ON DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE - 1

extension to the end of the week to self-surrender. Accordingly, the Court ORDERS Welch to report to the Bureau of Prisons by May 8, 2026, at 10:00 a.m.

Dated this 4th day of May, 2026.

Jamal N. Whitehead
United States District Judge

ORDER ON DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE - 2